UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL C. WORSHAM | * |
| Plaintiff | * |
| v. | * |
| | Case #: 1:14-cv-2749-CCB |
| TRAVEL OPTIONS, INC., et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR ORDER OF DEFAULT

Plaintiff requests that the Clerk enter an Order of Default against Defendants Travel Options, Inc., and Clifford Shannon. Defendants were both served on September 30, 2014, and have not filed any response to the Complaint.

Respectfully submitted,

*[signature]*

Michael C. Worsham
1916 Cosner Road
Forest Hill, Maryland 21050
410-692-2749
*Plaintiff*

## CERTIFICATE OF SERVICE

On November 13, 2014 I served a copy of this document on: Travel Options, Inc. and Clifford Shannon, 517 NE 11th Ave., Pompano Beach, FL 33060.

*[signature]*

Michael C. Worsham