IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL C. WORSHAM  
    Plaintiff

vs.                                        Civil Action No.  CCB-14-2749

TRAVEL OPTIONS, INC., ET AL.  
    Defendant

******

**ORDER**

The court file reflecting that no document has been filed for more than nine months, it is, this __18__ day of November, 2015,

ORDERED that the plaintiff show good cause within 14 days of the date of this Order why the case should not be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) and Local Rule 103.8.b.

                                                    Catherine C. Blake  
                                                    United States District Judge

L.R. 103.8.b Order of Dismissal (Rev. 1/2000)