IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL C. WORSHAM :
:
v. : CIVIL NO. CCB-14-2749
:
TRAVEL OPTIONS, INC., ET AL. :

...o0o...

## MEMORANDUM and ORDER

I have reviewed the plaintiff Michael Worsham's response to the show cause order. Ordinarily, a jury trial is not required to determine liability against defendants who are in default. After the clerk's entry of default under Fed. R. Civ. P. 55(a), which occurred on November 17, 2014, the next step is for the plaintiff to apply to the court for a default judgment under Fed. R. Civ. P. 55(b). In this case, the plaintiff may file a motion supported by appropriate legal citation and evidentiary support, including an affidavit, explaining the monetary and equitable relief he believes he is entitled to. That motion and supporting papers also should be sent to the defendants. If any issue arises that requires a jury trial, one will be scheduled.

As Mr. Worsham is indefinitely suspended from the practice of law in this District, his Renewed motion to permit electronic filing (ECF No. 14) is **Denied**. He may have until **May 13, 2016**, to file his motion for default judgment if he chooses to do so.

**SO ORDERED** this 11th day of March, 2016.

_____ /S/
Catherine C. Blake
United States District Judge