UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHAEL C. WORSHAM | * | |
| Plaintiff | * | |
| v. | * | |
| | | Case #: 1:14-cv-02749-JKB |
| TRAVEL OPTIONS, INC., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF MICHAEL C. WORSHAM'S NOTICE OF APPEAL

Plaintiff Michael C. Worsham gives his Notice of Appeal to the Fourth Circuit Court of Appeals the September 2, 2016 Order entering a default Judgment and closing this case, ECF document #21. A check for the $505.00 appeal fee is enclosed.

Respectfully submitted,

Michael C. Worsham
1916 Cosner Road
Forest Hill, Maryland 21050
410-692-2749
michael@magicmichael.net
*Plaintiff*

### CERTIFICATE OF SERVICE

On September 27, 2016 I served a copy of this document and any attachments by U.S. mail on:

Travel Options, Inc. and Clifford Shannon, 50 NE 26th Avenue, Suite 201, Pompano Beach FL 33062, 888 291 SAVE(7283), customerservice@traveloptions.us.com.

Michael C. Worsham