IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MICHAEL C. WORSHAM,** | * |
| Plaintiff | * |
| v. | *   CIVIL NO. JKB-14-2749 |
| **TRAVEL OPTIONS, INC.,** *et al.*, | * |
| Defendants | * |

## ORDER

Pending before the Court is Plaintiff Michael C. Worsham's request for "costs as part of the September 2, 2016 Judgment in this case." (ECF No. 27.) He requests $560 in costs, including the $400 filing fee and $160 for service of process. The Court is unable to grant his request to amend the judgment at this time because Plaintiff has appealed the Court's judgment to the United States Court of Appeals for the Fourth Circuit. (ECF No. 22.) According to Federal Rule of Civil Procedure 60(a), a district court is permitted to correct judgments because of oversights and omissions, but after an appeal has been docketed and while it is pending in the appellate court, the district court may correct a judgment only with the appellate court's leave. The Court has not received leave from the Fourth Circuit to correct Worsham's judgment. Hence, his request is DENIED WITHOUT PREJUDICE.

DATED this 13th day of January, 2017.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge