| MICHAEL C. WORSHAM | * | UNITED STATES DISTRICT COURT |
|---|---|---|
| *Plaintiff/Judgement Creditor* | * | FOR THE DISTRICT OF MARYLAND |
| v. | * | |
| TRAVEL OPTIONS, INC. | * | Case #: 1:14-cv-02749-JKB |
| *Defendant/Judgement Creditor* | * | Date of Judgment: September 2, 2016 |

\*   \*   \*   \*   \*   \*    \*    \*   \*   \*   \*   \*   \*

## INTERROGATORIES IN AID OF EXECUTION TO TRAVEL OPTIONS, INC.

**TO:**        **Defendant /Judgment Debtor Travel Options**

**FROM:**    **Plaintiff Michael C. Worsham/Judgment Creditor**

Pursuant to the Federal Rules of Civil Procedure you are requested, within 30 days from the

date of service of this document, to answer the following Interrogatories in writing and under oath,

and to send documents for any answers you answer with documents, to the address below.

(a)     Your responses shall set forth the interrogatory, and shall set forth the answer to the interrogatory "separately and fully in writing under oath" or "shall state fully the grounds for refusal to answer any interrogatory." The response shall be signed by you.

(b)     Your answers "shall include all information available" to you "directly or through agents, representatives, or attorneys."

(c)     These Interrogatories are continuing. If you obtain further material information before trial you are required to supplement your answers promptly.

(d)     If you elect to specify and produce business records of yours in answer to any interrogatory, your specification shall be in sufficient detail to enable the interrogating party to locate and identify the records from which the answer may be ascertained.

(e)     If you assert any question, instruction, or definition is ambiguous , set forth the matter deemed ambiguous, or contact the undersigned for clarification.

## Definitions

As used in these Interrogatories, the following terms are to be interpreted in accordance with these definitions:

(a)     The term **"person"** includes any individual, partnership, joint stock company, unincorporated association or society, municipal or other corporation, the State, its agencies or political subdivisions, any court, or any other governmental entity.

(b)     **"You"** and **"Your"** include the person to whom these interrogatories are addressed, and all of that person's officers, employees, agents, representatives or attorneys.

(c)     The terms **"document"** or **"documents"** includes all writings, drawings, graphs, charts, photographs, recordings, and other data compilation from which information can be obtained, translated, if necessary, by or for you through detection devices into reasonably usable form.

(d)     Identify, identity, or identification, (1) when used in reference to a natural person, means that person's full name, last known address, home and business telephone numbers, and present occupation or business affiliation; (2) when used in reference to a person other than a natural person, means that person's full name, a description of the nature of the person (that is, whether it is a corporation, partnership, etc. under the definition of person below), and the person's last known address, telephone number, and principal place of business; (3) when used in reference to any person after the person has been properly identified previously means the person's name; and (4) when used in reference to a document, requires you to state the date, the author (or, if different, the signer or signers), the addressee, and the type of document (*e.g.,* letter, memorandum, chart, etc.) or to attach an accurate copy of the document to your answer, appropriately labeled to the Interrogatory.

(e)     Person includes an individual, general or limited partnership, joint stock company, unincorporated association or society, municipal or other corporation, incorporated association, limited liability partnership, limited liability company, the State, an agency or political subdivision of the State, a court, and any other governmental entity.

## INTERROGATORIES

1.     Describe fully each and every source of income you had in  the last four years, including within your description the identification of all sources and amounts of gross income you have had in each of the last four years, the total allowable tax deductions for each year, and the adjusted gross income you reported to the income tax authorities in each of the last four years.

2.     Fully describe all merchandise, distributorships, franchises, sales, or other such agreements to which you are a party or conduct business under, identifying all parties to each such agreement.

3. Fully identify all bank, credit union, loan, or savings and loan association accounts, whether money market, special, savings, and/or checking, which you now have or have had within the last four years, either individually or as a member of a partnership or together with some other persons, giving the name and address of the institution, and the type and the number of the account; the name, address, and occupation of each person, besides yourself, having an interest in the account, and the relationship, if any, of each such person to you; the date the account was opened; the balance as of date of these answers, and the date closed, if it has been closed uncollectible.

4. Describe all of your assets and liabilities (*i.e.*, balance sheet) and all of your income and expenses (*i.e.,* income statement).

5. If you are involved in any partnership, fully describe each such business, including within that description the name under which you or the partnership trades and the type of business in which it engages, the address and phone listing of the principal office or place of business and of each and every branch office, warehouse, and/or storage facility maintained by you or the partnership; and if you are a member of a partnership, giving the name and addresses of all other partners, the partnership accountant, and the location and custodian of the partnership records.

6. Identify and describe each and every parcel of real property, whether by fee simple, leasehold, or otherwise, in the United States or elsewhere, in which you individually, or as a member of a partnership, or as a co-owner with any other person or persons, have any interest whatsoever, including as a part of that description an accurate location of the property, including street or road address and route number, if any; any interest held by you, and the names and interest held by each other person in reference to the interest held; the names and addresses of all mortgagors and other persons, natural or corporate, possessing any mortgage lien or other encumbrance upon all or any property or properties listed in this answer, fully describing each type of mortgage lien or other encumbrances, the date incurred or acquired, the face amount thereof, the balance due thereon as of the date of these answers, the dates additional payments are due, and whether the payments are in arrears, and the type of income, if any, produced, *i.e.*, rental, etc.; the amount of income produced, the date and method of payment, and the names and addresses of all tenants, renters, and/or others from whom any income is receive.

7. Identify all persons who owe you, or any one or more of the partnerships of which you are a member, any money or accounts receivable and/or who are holding any money or credit to which you, or any one or more of the partnerships of which you are a member, are or will in the future become entitled, stating the amounts owed or held, the date payable, and whether you consider the same to be collectible or uncollectible.

8. Identify the location of all safe-deposit boxes which you rent or own, either individually or with any other person(s), and the contents of each. If the box is not solely in your name, identify each of the other persons involved, and his or her or their interest in the contents of each such box.

9. State whether you have transferred any real or other property within the last four years; and, if so, describe the property and give full details of each and every such transfer, gift, or sale.

10.     Identify and describe every motor vehicle, boat, outboard motor, marine motor or marine property or equipment of any kind (giving make, model, serial number, title or registration number, and license number) which you individually, or as a co-owner with any other person, have an interest, fully describing the interest which you have therein and the location of each item of property. For each motor vehicle which is not your sole property, include the name of the other owners, their addresses, occupation, and any relationship to you, and the precise interest of each such person, company, or corporation having any interest in each item of property. As to each holder of a lien or encumbrance for such property, identify the lienholder, state the date incurred, the balance due thereon as of date of your answers, the dates additional payments are due, and whether or not the payments are in arrears.

11.     Fully describe all goods, wares, merchandise, money, furniture, fixtures, chattels, coins or stamps, jewelry or diamonds, stocks, bonds, patents or copyrights, other than the items listed in response to the foregoing questions, which you own or have any interest in whatsoever, including within your description the value and location of each, and the nature of your interest therein.

12.     Identify and describe all life insurance policies and pension plans of which you are the named insured or beneficiary, including within your description the policy numbers, the name of the issuing company, the type of insurance, the maturity value, and the amount and date of any outstanding loan.

13.     If you are the legatee, devisee, or beneficiary of any will, estate, or trust fund, fully identify the will, estate, or trust fund, the nature of the interest, the amount payable, and when it is or will be received, with complete references to any related court proceedings.

14.     If you are the plaintiff or judgment creditor in any action in any court or before any administrative agency, give the title of each action and the name of the court or agency where filed.

15.     Identify all payments including all judgments and settlements that you have paid off in the last two years.

Respectfully submitted,

Michael C. Worsham

Michael C. Worsham
1916 Cosner Road
Forest Hill, Maryland 21050-2210
(410) 692-2749
*Plaintiff/Judgment Creditor*

November 7, 2016