# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **MICHAEL C. WORSHAM,** | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. JKB-14-2749 |
| **TRAVEL OPTIONS, INC.,** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Motion of Plaintiff / Judgment Creditor Michael C. Worsham for an Order Compelling Defendant / Judgment Debtor Travel Options, Inc., to Respond to Worsham's Interrogatories in Aid of Execution (ECF No. 34), which motion is unopposed, the motion IS GRANTED. Travel Options, Inc., SHALL RESPOND to the interrogatories in aid of execution within 21 days after service of this Order. The Clerk shall send a copy of this Order to Plaintiff at the address on file with the Court and a copy to Travel Options, Inc., 50 NE 26th Avenue, Suite 201, Pompano Beach, FL 33062.

DATED this 16th day of May, 2017.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge